UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUI ZHANG,

                Plaintiff,            25-CV-614 (DEH) (RWL)

      - against -

                                          **ORDER**

CANADIAN SOLAR INC. et al.,

                Defendants.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve the defendant within 90 days of filing of the complaint. Here, the complaint was filed on January 20, 2025. No proof of service appears on the docket. The Court sua sponte extends plaintiff's time to effect service on defendants by 30 days. Accordingly, if service is not completed by May 22, 2025, the complaint is subject to dismissal without prejudice, and further time will not be afforded absent good cause.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2025
       New York, New York

Copies transmitted this date electronically to the pro se plaintiff.