UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Zhang,<br><br>                    Plaintiff,<br><br>          v.<br><br>Canadian Solar Inc. et al.,<br><br>                    Defendants. | 25-CV-614 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On February 12, 2026, Defendant Canadian Solar Inc. ("CSI") filed a motion to dismiss. ECF No. 26.  Pursuant to Local Rule 6.1, Plaintiff was required to file any opposition to the motion by February 26, 2026. To date, Plaintiff has not filed its opposition.  In light of Plaintiff's pro se status, and as a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 14, 2026**.  Plaintiff is warned that failure to file an opposition by that date will result in the Court treating the motion to dismiss as fully briefed.  Defendant CSI shall file any reply by **April 21, 2026**.

Further, this matter was stayed pending service on any one Defendant.  ECF No. 16.  It appears Defendant CSI has been served.  Thus, the Clerk of Court is respectfully requested to lift the stay on this matter.

SO ORDERED.

Dated: March 24, 2026
          New York, New York

_____
          DALE E. HO
United States District Judge