UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

HUI ZHANG,                                        :
                                                  :
                          Plaintiff,              :          25-CV-614 (DEH) (RWL)
                                                  :
        - against -                               :
                                                  :          **ORDER**
CANADIAN SOLAR INC. et al.,                       :
                                                  :
                          Defendants.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As per the Court's order at Dkt. 32, the stay of the case has been lifted now that at least one defendant has been served. In light of the issues raised by the pending motion to dismiss – including lack of personal jurisdiction and other threshold issues – the Court sua sponte stays discovery pending determination of the motion to dismiss.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 25, 2026
        New York, New York

Copies transmitted this date to all counsel of record. The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Plaintiff.

Hui Zhang
Sanlihe Erqu
Xicheng Qu
Beijing 100045
China