UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUI ZHANG,                                   :
                                             :
                    Plaintiff,               :        25-CV-614 (DEH) (RWL)
                                             :
          - against -                        :
                                             :        **ORDER**
CANADIAN SOLAR INC. et al.,                  :
                                             :
                    Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 12, 2026, Defendant CSI Solar ("Defendant") filed a motion to dismiss.  On April 27, 2026, Plaintiff filed (1) request for leave to file an amended complaint, along with a copy of the proposed amended pleading and an explanation of the changes made to address concerns raised by Defendant in its motion to dismiss; and (2) a response to the motion to dismiss.  Defendant has requested filing a single extended-length reply brief addressing both the motion to dismiss and the motion to amend, the latter on the basis of whether the proposed amended complaints would survive a motion to dismiss.  (Dkt. 50.)

The standard for determining whether proposed amended claims would survive a motion to dismiss are the same as those for a motion to dismiss an existing claim. Accordingly, in the interest of efficiency and avoiding two motions that apply the same standards to existing and proposed claims, the Court orders as follows:

1.      Plaintiff's motion for leave to amend is granted, without prejudice to Defendant's right to move to dismiss any and all claims in the Amended Complaint.  The Amended Complaint filed at Dkt. 46 is deemed the operative pleading.

2.      The motion to dismiss filed at Dkt. 26 is denied as moot.

1

3.      Defendant shall file a motion to dismiss the Amended Complaint, if warranted, by **June 1, 2026**.  Plaintiff shall file their opposition by **July 1, 2026**.  Defendant shall file its reply by **July 15, 2026**.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 26, 47, and 50.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 1, 2026
        New York, New York

Copies transmitted this date to all counsel of record.  The Court respectfully requests the Clerk of Court to email a copy of this Order to the pro se Plaintiff at huizhang1630@hotmail.com.