UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HUI ZHANG,

Plaintiff,

- against -

CANADIAN SOLAR INC. et al.,

Defendants.

-------------------------------------------------------------X

25-CV-614 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has received and docketed Plaintiff's opposition to the motion to dismiss. Accordingly, Defendant's reply shall be filed by **July 25, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to email a copy of this Order to the pro se Plaintiff at huizhang1630@hotmail.com.