UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

HUI ZHANG,

Plaintiff,

- against -

CANADIAN SOLAR INC. et al.,

Defendants.

---------------------------------------------------------------X

25-CV-614 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

When providing notice of an ECF entry to Plaintiff, the Clerk of Court is respectfully directed to both (i) post the filing on ECF, and (ii) email a copy to Plaintiff's email address. The latter is being done as a courtesy. Posting of the filing on ECF is sufficient notice and all that is required for Plaintiff to be charged with receipt of the filing.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 17, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to email a copy of this Order to the pro se Plaintiff at huizhang1630@hotmail.com.