UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUI ZHANG,<br><br>Plaintiff,<br><br>- against -<br><br>CANADIAN SOLAR INC. et al.,<br><br>Defendants. | 25-CV-614 (DEH) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Shawn Qu's letter request for a stay of any obligation to respond to the Amended Complaint until the motion to dismiss by Defendant CSI Solar is decided, or alternatively, to set a briefing schedule for a motion to dismiss to be filed by Mr. Qu. (Dkt. 75.) No response has been filed.

The Court denies the request for a stay. Mr. Qu shall file his own motion to dismiss. For efficiency, however, he may (i) incorporate by reference the arguments in CSI Solar's pending motion that he contends apply equally to him, and explain why they apply equally or more so to him, and (ii) brief any bases for dismissal he asserts apply to him but not to CSI Solar.

Mr. Qu shall file his motion by **November 6, 2026**. Plaintiff shall file any opposition by **December 7, 2026**. Mr. Qu shall file his reply, if any, by **December 21, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 75.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 7, 2026
New York, New York

Copies transmitted this date to all parties of record. The Court respectfully requests the Clerk of Court to email a copy of this Order to the pro se Plaintiff at huizhang1630@hotmail.com.